FANNY A. COLLINS, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 5, 1877; decided December 18, 1877.)

REPORTED below, 5 Hun, 503.

*A. P. Laning*, for appellant.

*John H. White*, for respondent.

Agree to affirm.  No opinion.

All concur, except ALLEN, J., not sitting.

Judgment affirmed.